FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> Jorge Carlos Jimenez, ) <br><br> Defendant. ) | Case No.: 5:17-CR-00135 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

   (X) information in the Pretrial Services Report and Recommendation

   (X) information in the violation petition and report(s)

   (X) the defendant's nonobjection to detention at this time

   (  ) other: _____

1        and/ or

2    B. (X)    The defendant has not met his/her burden of establishing by clear and

3            convincing evidence that he/she is not likely to pose a danger to the safety

4            of any other person or the community if released under 18 U.S.C.

5            § 3142(b) or (c).  This finding is based on the following:

6            (X)    information in the Pretrial Services Report and Recommendation

7            (X)    information in the violation petition and report(s)

8            (X)    the defendant's nonobjection to detention at this time

9            ( )    other: _____

10

11    IT THEREFORE IS ORDERED that the defendant be detained pending the further

12    revocation proceedings.

13

14    Dated: September 4, 2025

15                                                SHERI PYM
                                            United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28